IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURA INSURANCE, A MUTUAL COMPANY | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   CASE NO. 1:22-CV-2289<br>) |
| ESTATE OF STEPHEN CROCKER by Co-Personal Representatives Robert W. Crocker and Susan C. Crocker, and B&B LEE FARMS, LLC | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Secura Insurance, a Mutual Company ("Secura"), by counsel, hereby files its Complaint for Declaratory Judgment, and in furtherance thereof states as follows:

## THE PARTIES

1. Secura is a mutual insurance company organized under the laws of Wisconsin. Mutual insurance companies are treated as corporations under Wisconsin law. *See* W.S.A. §§ 611.01, 611.12; *W. Bend Mut. Ins. Co. v. Swain,* 2017 WL 1439680 (W.D. Ky. 2017). Secura's principal place of business is in Appleton, Wisconsin.

2. Defendant Estate of Stephen Crocker ("Estate of Crocker") is an Estate created in Morgan County, Indiana and is an Indiana entity/citizen.

3. Co-personal representatives of the Estate of Crocker, Robert Crocker and Susan Crocker, are residents of Martinsville, Indiana and are citizens of the State of Indiana.

4. Defendant B&B Lee Farms, LLC ("B&B") is an LLC formed under the laws of the State of Indiana with its principal place of business in Indiana and is a citizen of Indiana.

1

5. The members of B&B, Robert Lee and Robert T. Lee are residents of Morgan County, Indiana and are citizens of Indiana.

## JURISDICTION AND VENUE

6. This is a Complaint for Declaratory Judgment pursuant to FRCP 57 and 28 U.S.C. § 2201 to determine the rights and/or obligations of the parties pursuant to an insurance contract, which was entered into in Indiana between Secura and B&B.

7. Jurisdiction is proper under 28 U.S.C. § 1332(a)(1) because the matter in controversy, exclusive of interest and costs, exceeds $75,000, and this lawsuit is between citizens of different states.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (2) because a substantial part of the events or omissions giving rise to this suit occurred in this judicial district, and because all Defendants are residents of this district.

## FACTUAL ALLEGATIONS

9. On December 30, 2022, Stephen Crocker ("Crocker"), alleged to be an employee of B&R Equipment, Inc. ("B&R"), was loading a semi-truck owned by B&R with corn at a grain handling facility located at 9857 N. Mann. Road, Mooresville, Indiana ("the Facility").

10. The Facility was owned by Legacy Farm Management Group, LLC, and both the semi-truck and the Facility were leased by B&B. As Crocker was loading the semi-truck, a storage tank ruptured, and Crocker was covered with grain ("the Accident"). Crocker died from his injuries sustained in the Accident.

11. On January 7, 2022, the Estate of Crocker filed a lawsuit against B&B and others in the Morgan Superior Court under Cause No. 55D03-2201-CT-37 ("Lawsuit") (See Exhibit A).

12. In the Lawsuit, the Estate of Crocker alleges that Crocker's death was caused in part by the negligence of B&B. Specifically, The Estate of Crocker alleges that B&B and others failed to adequately maintain and repair the tank.

13. In the Lawsuit, the Estate of Crocker seeks damages for the loss of Crocker's love, companionship, and financial support as well as incidental and consequential damages, attorney fees, and interest.

## COUNT I- REQUEST FOR DECLARATORY JUDGMENT

14. Secura incorporates paragraphs 1-13 of this Complaint as if fully set forth herein.

15. At the time of B&B's alleged wrongdoing, B&B maintained an insurance policy with Secura ("Policy") (Exhibit B).

16. Pursuant to Coverage G of the Policy, Secura provides liability coverage as follows:

> **Coverage G—Farmers Personal Liability**
>
> ***You have this coverage only if the Declarations shows it is provided.***
>
> If a claim is made or a suit is brought against an *insured* for damages because of *bodily injury* or *property damage* caused by an *occurrence* to which this coverage applies, we will:
>
> 1. Pay up to our limit of liability for the damages for which the *insured is legal liable*…
> 2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false, or fraudulent….

17. The Policy also contains the following relevant exclusions:

> **Section II—Exclusions**
>
> 1. **Coverages G—Farmers Personal Liability; H—Medical Payments to Others; I—Farm Employers Liability; and J—Farm Employees Medical Payments do not apply to bodily injury or property damages:**

3

  b. arising out of *business* pursuits of an *insured* or the rental or holding for rental of any part of any premises by an *insured*…

  d. arising out of a premises or *farming* operations from a premises:

   (1) owned by an *insured;*
   (2) rented to an *insured;* or
   (3) rented to others by an *insured;*

  That is not an *insured premises;*

  e. arising out of:

   (1) the ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an *insured*:

 s. to:

   (1) a *farm employee* or any other employee of the *insured,* except a *residence employee,* arising out of and in the course of employment by the *insured*…

 **2. Coverage G—Farmers Personal Liability does not apply to:**

  d. a claim or suit for damages brought against an *insured by:*

   (1) any *insured* residing in the same household; or
   (2) any *farm employee.*

18. Each of the exclusions above excludes coverage for the Lawsuit.

19. Because coverage is excluded, Secura has no obligation to defend or indemnity B&B for the Lawsuit.

 WHEREFORE, Secura prays that this Court enter a judgment against Estate of Crocker and B&B declaring that Secura has no duty to defend B&B for the Lawsuit and no duty to indemnify B&B for any settlements or judgments that may be obtained by Estate of Crocker, for costs of this action, and for all other proper relief in the premises.

**COUNT II—REQUEST FOR DECLARATORY JUDGMENT (UMBRELLA POLICY)**

20. Secura incorporates paragraphs 1 to 19 of this Complaint as if fully set forth herein.

21. At the time of B&B's alleged wrongdoing, B&B maintained an umbrella policy with Secura ("Umbrella Policy") (See Exhibit C).

22. The Umbrella Policy states that Secura will "pay damages on behalf of the *insured,* subject to the Exclusions and Limits of Liability."

23. The Umbrella Policy also contains the following relevant exclusions:

**PART III—EXCLUSIONS**

We do not cover:

7. *Business* pursuits of an "insured" unless covered by "Personal Liability" primary insurance described in the Declarations. Our coverage is no broader than the *primary insurance* except for our liability limit.

8. *Damages* resulting from the ownership, maintenance, or use of *business* property of an *insured…*

*Personal and advertising injury to:*

a. an employee of the *insured* arising out of and in the course of employment by the *insured…*

24. Each of the exclusions above excludes any coverage for the Lawsuit.

25. The Umbrella Policy also contains the following endorsement which operates to exclude coverage:

**AUTOMOBILE LIABILTY FOLLOWING FORM ENDORSEMENT**

It is agreed that we do not cover *damages* resulting from the ownership, maintenance, use, loading or unloading of any automobile unless covered by *primary insurance* described in the Declarations.

26.       Because coverage is excluded, Secura has no obligation under the Umbrella Policy to defend or indemnity B&B for the Lawsuit.

WHEREFORE, Secura prays that this Court enter a judgment against Estate of Crocker and B&B declaring that Secura has no duty to defend B&B for the Lawsuit and no duty to indemnify B&B for any settlements or judgments that may be obtained by Estate of Crocker, for costs of this action, and for all other proper relief in the premises.

                                    WOOTON HOY, LLC


                        By  /s/ Lewis S. Wooton
                           LEWIS S. WOOTON, #26650-49
                           Counsel for Plaintiff

WOOTON HOY, LLC
13 N. State St
Greenfield, IN 46140
Phone:  317-318-1685
lewis@wootonhoylaw.com